**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

ROXANGELA VAZQUEZ VAZQUEZ                 Case No.   17-06715-BKT

                                          Chapter 13    Attorney Name:   WILBERT LOPEZ MORENO*

| | | |
|---|---|---|
| **I. Appearances** | | |
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |
| [ ] Prose | | |
| [ ] Appearing: | | |

Date & Time:   12/6/2017   9:14:00AM

[X] R       [ ] NR     LV:  0.00

[X] This is debtor(s) 1 Bankruptcy filing.

Creditors:

**II. Oath Administered**
   [X] Yes          [ ] No

**III. Plan**

Date:   11/17/2017         Base:     $29,100.00    Payments 0 made out of 1 due.

Confirmation Hearing Date:     1/12/2018   2:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

   $3,000.00   -  $200.00   =  $2,800.00

**IV. Status of Meeting**

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear:  [ ] Commence payments

[ ] Keep payments current  [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

ROXANGELA VAZQUEZ VAZQUEZ

Case No. 17-06715-BKT

Chapter 13      Attorney Name:      WILBERT LOPEZ MORENO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>   [ ] State - years<br><br>   [ ] Federal - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[X] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>   [ ] Premises<br>   [ ] Vehicle(s):<br>   [ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**ROXANGELA VAZQUEZ VAZQUEZ**        Case No.   **17-06715-BKT**

       **Chapter 13**     Attorney Name:   **WILBERT LOPEZ MORENO***

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 3**

**Household size: 3**

Debtor(s) made of aware of their continuing obligation, during the term of the plan, to report any change in their financial/economic circumstances, particularly increases in income or acquisition of goods or property, either by payment or free of cost, for example and not limited to salary increases, donations, lottery prizes, inheritances and causes of action.

I reviewed documentary evidence on the filing of the 2013 thru 2016 state income tax returns.

The distribution to non-priority unsecured creditors is approximately 9%.

**Ration Key Expenses from 32% or more: 43%.**

----------------------------------------------------------------------------------------------------------------------------

**Matter(s):**

Note. Debtor is separated from her husband and lives with her 5 years old minor, however, Schedule "I" does not disclose child support income. She testifies that she does not receive said income

1. All income evidence is missing.

2) Provide insurance quote for vehicle

3) Debtor's minor is in private school, she pays 300.00 of which 200.00 is provided by her mother. The 200.00 help is already contemplated in schedule I. Schedule J does not contemplate school expense of 100.00 that debtor pays after help from mother,

Debtor avers that debtor uses tax refunds for her daughters uniforms and books. She will request authorization yearly to use such funds.

The following party(ies) object(s) confirmation:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS**

In re:

ROXANGELA VAZQUEZ VAZQUEZ

Case No. 17-06715-BKT

Chapter 13    Attorney Name:    WILBERT LOPEZ MORENO*

s/Pedro R Medina                                              Date:    12/06/2017

**Trustee/Presiding Officer**                                          (Rev. 05/13)